NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NATIONAL PROPERTIES TRUST,
INC.,

        Petitioner,

v.

        Case No. 2D18-2587

GC FINANCING GROUP, LLC,

        Respondent.

Opinion filed January 30, 2019.

Appeal from the Circuit Court for Pinellas
County; Anthony Rondolino, Judge.

E. Colin Thompson, Tyler A. Hayden,
Michael J. Labbee and Kasey A. Feltner
of Smolker, Bartlett, Loeb, Hinds &
Thompson, P.A., Tampa, Petitioner.

Nancy S. Paikoff and Joshua Magidson
of Macfarlane Ferguson & McMullen,
Clearwater, for Respondent.

PER CURIAM.

        Dismissed.

NORTHCUTT, SILBERMAN, and SLEET, JJ., Concur.